UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOVEMENT MORTGAGE, LLC,    )
    )
    Plaintiff,    )
    )
vs.    )    Case No. 8:18-cv-577-VMC-MAP
    )
AMERIFIRST FINANCIAL    )
CORPORATION d/b/a AMERIFIRST    )
HOME MORTGAGE,    )
    )
    Defendant.    )

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Abram's Promise, Inc. (member of plaintiff)

Harris Covenant, Inc. (member of plaintiff)

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

1

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

Dated:  March 27, 2018

/s/ Bryan D. Hull
Bryan D. Hull (Fla. Bar No. 20969)
bhull@bushross.com
lhoman@bushross.com
BUSH ROSS, P.A.
1801 N. Highland Avenue
Tampa, FL 33602
Phone (813) 224-9255
Facsimile (813) 223-9620
*Local Counsel*

and

Dustin Greene (N.C. Bar #38193 –
*pro hac vice* to be submitted)
Chris Haaf N.C. Bar #46077 –
*pro hac vice* to be submitted)
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 W 4th St.
Winston-Salem, NC 27101
T (336) 607-7300
dgreene@kilpatricktownsend.com
chaaf@kilpatricktownsend.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2018, I served all parties by electronically filing the

foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Bryan D. Hull
Attorney